**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                Case No. 6:16-cr-184-Orl-37GJK

MAREK HARRISON; BRIAN ALLARD;
and SCOT ROUNDS,

        Defendants.

## ORDER ON MOTION TO CONTINUE

The Government charged these three defendants by indictment returned on September 21, 2016, alleging conspiracy to commit bank fraud, 18 U.S.C. § 1349, and bank fraud, 18 U.S.C. § 1344, arising out of a factually complex series of real estate, banking, and mortgage loan transactions alleged to have occurred between September 2007 and December 2008.

At the status conference conducted on November 17, 2016, (*see* Doc. 37), Defendants Allard and Rounds[1] jointly moved for a lengthy continuance for the trial date of December 5, 2016. (*See* Docs. 31, 33.) The Government did not oppose the motions.

Pursuant to *United States v. Ammar*, No. 13-12044 (11th Cir. Nov. 29, 2016) and *Zedner v. United States*, 547 U.S. 489 (2006), the Court found the interest of justice outweighed the best interest of the public and the defendant in a speedy trial. This order is intended to set forth in the record the Court's "ends of justice" findings.

    1.     The case is factually complex and involves voluminous documentary

---

[1] Defendant Harrison is a fugitive.

> evidence related to a large volume of mortgage, real estate, banking transactions.
>
> 2. The Government's investigation into the alleged criminal conduct has been ongoing for several years prior to the Defendants' indictment.
>
> 3. The case is too complex to reasonably expect adequate defense preparation within the Speedy Trial Act time limits. 18 U.S.C. § 3161(h)(7)(B)(ii).
>
> 4. Refusal to continue the case would result in an unreasonable denial of the Defendants' time for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the joint, unopposed motion to continue is granted in part and denied in part. The request for a one year continuance is denied. The case is continued from the December 5, 2016 trial period and rescheduled for the trial period commencing June 5, 2017, with the deadline for motions extended to April 3, 2017. The next status conference is scheduled for April 20, 2017, at 8:45 a.m. The plea deadline is extended to May 25, 2017. Counsel are on notice that there will be no further continuances absent extraordinary, exigent circumstances.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 1, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record